**EAKINS v. STATE.**
No. 23328.

Court of Criminal Appeals of Texas.
April 10, 1946.

Temple Dickson, of Sweetwater, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was convicted in the county court of Fisher County for the violation of the liquor law, and his punishment was assessed at a fine of $100 and ninety days confinement in the county jail.

The record is before this court without statement of facts or bills of exceptions. The transcript does not contain any notice of appeal, consequently we have no jurisdiction of the case.

The appeal is dismissed.

Temple Dickson, of Sweetwater, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appellant was convicted for the offense of selling whisky in a dry area, and his punishment was fixed at a fine of $200 and thirty days in jail.

The record is before us without a statement of facts or bill of exceptions. The proceedings appear regular in every respect and nothing is presented for our consideration.

The judgment of the trial court is affirmed.